IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
CENTER FOR BIOLOGICAL DIVERSITY;  )
PACIFIC RIVERS COUNCIL,           )
                                  )   2:03-cv-1758-GEB-DAD
            Plaintiffs,           )
                                  )
     v.                           )   ORDER
                                  )
DIRK KEMPTHORNE, Secretary of the )
Interior; STEVEN WILLIAMS,        )
Director of the United States Fish)
and Wildlife Service,             )
                                  )
            Defendants.           )
_____)
```

This action is remanded to the Secretary of the Interior and the Director of the U.S. Fish and Wildlife Service for further proceedings consistent with the Ninth Circuit's decision in -- F.3d --, 2006 WL 2959312 (9th Cir. Oct. 18, 2006).

IT IS SO ORDERED.

Dated: December 18, 2006

_____
GARLAND E. BURRELL, JR.
United States District Judge

1